UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                :

YANXIA HUANG,                       :

                        Plaintiff,    :

                                 :              22 Civ. 1249 (LGS)

              -against-            :

                                 :                ORDER

SECRETARY ALEJANDRO MAYORKAS et   :
al.,

                                 :

                   Defendants.  :
--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS on February 15, 2022, the Complaint for a Writ of Mandamus was filed.  It is

hereby

       **ORDERED** that the Government shall, by **May 25, 2022**, file a memorandum in

opposition to the request for a writ of mandamus.  The memorandum shall not exceed fifteen

pages.  Plaintiff shall, by **June 8, 2022**, file a reply memorandum that shall not exceed ten pages.

The memoranda and other materials shall otherwise comply with the Court's Individual Rules.


Dated: May 3, 2022
       New York, New York

                                             LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE